**No. 55751.**—Mrs. Edwin C. Moore *v.* United States, protest 154298–K (Galveston).

Opinion by JOHNSON, J. From an examination of the papers the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.

**No. 55752.**—John S. James *v.* United States, protests 161600–K and 161601–K (Savannah).

Opinion by JOHNSON, J. An examination of the entry papers in each case disclosing that the protests were not filed within 60 days after liquidation in accordance with section 514, Tariff Act of 1930, the motion to dismiss was granted.

BEFORE THE FIRST DIVISION, JULY 10, 1951

**No. 55753.**—C. J. Tower & Sons *v.* United States, petition 6796–R (Buffalo).

Opinion by MOLLISON, J. The petition was dismissed.

BEFORE THE FIRST DIVISION, JULY 13, 1951

**No. 55754.**—Heller Hope Co. et al. *v.* United States, protests 167163–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1529 was sustained.

**No. 55755.**—Herbert Tramer *v.* United States, protest 169829–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55756.**—The Vogue Import Co., Inc. *v.* United States, protest 170754–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.